B1 (Official Form 1) (04/13)

# United States Bankruptcy Court
## Western District of Oklahoma

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): **Greenway Park, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): **45-5450790** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): **4608 Sherburne Road, Norman, OK**  ZIPCODE **73072** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):  ZIPCODE |
| County of Residence or of the Principal Place of Business: **Cleveland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):  ZIPCODE | Mailing Address of Joint Debtor (if different from street address):  ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):  ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtor**
Country of debtor's center of main interests: _____
Each country in which a foreign proceeding by, regarding, or against debtor is pending: _____

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [✓] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [✓] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [✓] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

**Estimated Assets**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [✓] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Greenway Park, LLC** |
|---|---|

| **All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)            Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Greenway Park, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.
(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Timothy D. Kline*
Signature of Attorney for Debtor(s)

**Timothy D. Kline OBA #5077**
**Phillips Murrah P.C.**
**Corporate Tower 13th Floor**
**101 North Robinson Avenue**
**Oklahoma City, OK  73102-5502**
**(405) 235-4100  Fax: (405) 235-4133**
**tdkline@phillipsmurrah.com**

**August 12, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Phillip R Parker*
Signature of Authorized Individual

**Phillip R Parker**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**August 12, 2015**
Date

## MEMBERS' CONSENT TO ACTION WITHOUT A MEETING

The undersigned, being collectively all of the members of Greenway Park, LLC, an Oklahoma limited liability company (the "Company"), by this written consent in lieu of a meeting do hereby approve, consent to, adopt and ratify the following resolutions:

WHEREAS, it has been determined by the managing member and all of the members of the Company that it is in the best interests of the Company to file a Chapter 11 bankruptcy case;

BE IT RESOLVED, that Phillip R. Parker, manager of the Company, is hereby authorized to do all things reasonable and necessary to file and prosecute a voluntary Chapter 11 bankruptcy petition on behalf of the Company.

BE IT FURTHER RESOLVED that Phillip R. Parker, manager of the Company, may designate and authorize from time to time other persons to act on the Company's behalf in connection with the above-mentioned Chapter 11 bankruptcy case, with such designated and authorized persons are hereinafter being referred collectively to as "Authorized Persons" and singularly as an "Authorized Person." Phillip R. Parker shall be included within the definition of Authorized Person for purposes of these resolutions.

BE IT FURTHER RESOLVED, that each Authorized Person is authorized and directed to take such acts as are reasonable and necessary and in the best interests of the Company during the Chapter 11 bankruptcy case, including, but not limited to, the execution and filing of all petitions, schedules, lists, motions, applications, pleadings, disclosure statements, reorganization plans, and other papers in connection with the bankruptcy case.

BE IT FURTHER RESOLVED, that any Authorized Person is authorized and directed to employ and retain on a general retainer the law firm of Phillips Murrah, PC to act as the Company's legal counsel in the above-mentioned Chapter 11 bankruptcy case, and to employ and retain such other counsel, accountants, financial advisors, and other professionals as are deemed necessary or may be helpful in connection with the Company's bankruptcy case, all on such terms and conditions as are deemed appropriate.

BE IT FURTHER RESOLVED that, in connection with the commencement and prosecution of the Company's Chapter 11 case, each Authorized Person is hereby authorized, empowered, and directed to negotiate the use of cash collateral, if necessary, negotiate, execute, and deliver such documents as may be necessary or helpful in conducting any sales of assets outside the ordinary course of the Company's financial affairs, and negotiate, execute, and deliver a debtor-in-possession loan facility and exit loan facilities, if necessary (including, in connection therewith, such notes, security agreements and other agreements or instruments as such Authorized Person considers appropriate) on the terms and conditions such Authorized Person executing the same may consider necessary, proper or desirable, and to take such additional action and to execute and deliver each other agreement, instrument, or document to be executed and delivered by or on behalf of the Company pursuant thereto or in connection therewith, all with such changes therein and additions thereto as any Authorized Person

1

approves, such approval to be conclusively evidenced by the taking of such action or by the execution and delivery thereof.

    BE IT FURTHER RESOLVED that any and all past actions heretofore taken by any Authorized Person or in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

    BE IT FURTHER RESOLVED that each Authorized Person be, and each hereby is, authorized and empowered on behalf of and in the name of the Company to take such other actions as the Authorized Person considers necessary, proper or desirable to effectuate these resolutions.

    BE IT FURTHER RESOLVED that the foregoing resolutions are effective August __, 2015.

PHILLIP R. PARKER TRUST CREATED BY TRUST AGREEMENT DATED NOVEMBER 11, 2011

*/s/ Phillip R. Parker*

By: Phillip R. Parker, its trustee

KI LYNN PARKER TRUST CREATED BY TRUST AGREEMENT DATED NOVEMBER 11, 2011

*/s/ Ki Lynn Parker*

By: Ki Lynn Parker, its trustee

2

## CERTIFICATION OF RESOLUTIONS AND INCUMBENCY

I, Phillip R. Parker certify as follows under penalty of perjury:

I am the manager of Greenway Park, LLC, an Oklahoma limited liability company.

The foregoing is a full, true and correct copy of resolutions duly adopted by all of the members of Greenway Park, LLC in a Written Consent to Action Without a Meeting.

The Phillip R. Parker Trust created by Trust Agreement Dated November 11, 2011, and the Ki Lynn Parker Trust created by Trust Agreement dated November 11, 2011, are all of the members of Greenway Park, LLC, an Oklahoma limited liability company.

The Phillip R. Parker Trust created by Trust Agreement Dated November 11, 2011, owns a majority of the units of Greenway Park, LLC entitled to vote on the resolutions adopted in the foregoing Written Consent to Action Without a Meeting.

Phillip R. Parker and Ki Lynn Parker are, respectively, the trustees of the Phillip R. Parker Trust created by Trust Agreement Dated November 11, 2011, and the Ki Lynn Parker Trust created by Trust Agreement dated November 11, 2011.

Phillip R. Parker's and Ki Lynn Parker's genuine signatures appear above.

The foregoing resolutions are still in full force and effect and have not been revoked or modified.

Dated: August 12, 2015.

_Phillip R. Parker_
Phillip R. Parker, manager and trustee of the majority member of Greenway Park, LLC

3

**United States Bankruptcy Court**
**Western District of Oklahoma**

**IN RE:**                                                                                      Case No. _____

**Greenway Park, LLC** _____   Chapter **11**
                                    Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| **The Ki Lynn Parker Revocable Trust**<br>**Dated November 11, 2011**<br>**4608 Sherburne Road**<br>**Norman, OK  73072-0000** | **0.010000** | **Membership Interest** |
| **The Phillip R Parker Revocable Trust**<br>**Dated November 11, 2011**<br>**4608 Sherburne Road**<br>**Norman, OK  73072-0000** | **0.990000** | **Managing Member** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Western District of Oklahoma

**IN RE:**                                                                                  Case No. _____

**Greenway Park, LLC** _____                                 Chapter **11**

               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Ki Lynn Parker Revocable Trust<br>4608 Sherburne Road<br>Norman, OK  73072 | (405) 360-2831 | Loan | | 231,856.27 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **August 12, 2015** _____      Signature:  **/s/ Phillip R Parker** _____

                                         **Phillip R Parker, Managing Member**
                                         (Print Name and Title)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only